UNITED STATES of America,
Plaintiff–Appellee,

v.

Fabio Javier CAICEDO–GUTIERREZ,
a.k.a. Fabio, Defendant–
Appellant.

No. 06–13840
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 1, 2007.

Duilio Abraham Espinosa–Montalban, Tampa, FL, for Defendant-Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa–Montalban, Esq., appointed counsel for Fabio Javier Caicedo–Gutierrez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is

GRANTED, and Caicedo–Gutierrez's conviction and sentence are **AFFIRMED**.